UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:20-cv-04246-RGK-PVC | Date | January 28, 2021 |
|---|---|---|---|
| Title | Lamar Myers v. Jakes Liquor 2, Inc., et al | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**   (IN CHAMBERS) ORDER RE RESPONSE TO ORDER TO SHOW CAUSE

The Court has reviewed the proofs of service [14] and [15] that were filed in response to the Order to Show Cause [13]. The last day to timely serve the summons and complaint was August 9, 2020. Therefore, defendant Jong Sun Kim, is hereby dismissed for lack of prosecution.

According to the Court's Standing Order Regarding Newly Assigned Cases [8], proofs of service shall be filed within 5 days of serving the summons and complaint. As to defendant Jakes Liquor 2, Inc., plaintiff shall show cause in writing, not later than February 2, 2021, regarding the failure to timely file the proof of service. Plaintiff shall also file a Request for Default by the Clerk as to defendant Jakes Liquor 2, Inc. on or before February 2, 2021. Failure to do so will result in dismissal for lack of prosecution.

**IT IS SO ORDERED.**

                                                                                                                                          : _____

Initials of Preparer   slw